UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD PORRAZZO#980-14-00319
VCBC One Halleck Street
Bronx N.Y. 10474

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Detective: Rogers and officers Mike Doe, and John Doe, being sued in their individual and official capacity

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 21 P 3:15

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:   ☐ Yes   ☐ No
(check one)

**15CV 6684**

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name **RICHARD PORRAZZO#980-14-00319**
ID # _____
Current Institution **VCBC**
Address **One Halleck Street
Bronx N.Y. 10474**

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name **Detective Rogers**   Shield # _____
Where Currently Employed **precinct 45th**
Address   2577 Barkley Ave
          Bx NY 10465

*Rev. 05/2010*                                1

Defendant No. 2   Name __Officer Mike Doe_____ Shield #_____
                  Where Currently Employed __45th precinct_____
                  Address _____
                  _____

Defendant No. 3   Name __John Doe_____ Shield #_____
                  Where Currently Employed __45th precinct_____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     __This incident occurred in the Supreme Court, located__
     __at 265 East 161st Street N.Y. 10451__

B.   Where in the institution did the events giving rise to your claim(s) occur?
     _____
     _____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     __The incident occurred on the 9th day of July 2014, at__
     __approximately 9:00 am__

D.   Facts: <u>On the 9th July 2014, the Plaintiff was at putnom County Jail doing time on a Probation violation, when</u>

[What happened to you?]

<u>a Detective Roger for the 45th precinct came and picked him up and brought him down to 45th precinct and arrest him on a burglary 2nd degree that was the 9th day of July 2014, the Plaintiff was send back to putnom County Jail that night was not arraigned on</u>

[Who did what?]

<u>the burglary charge until the 26th day of October 2014, and bail was set in Bronx Court at One Hundred Thousand Dollars bail laid up until the 12th day of May 2015, when the case was dismissed and sealed in pursuant to CPL 160.50</u>

[Was anyone else involved?]

[Who else saw what happened?]

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No _✱_   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No _✱_   Do Not Know ____

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No _✱_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?       **NONE**
   _____

   1.  Which claim(s) in this complaint did you grieve? _____

   2.  What was the result, if any? _____

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: Because the violation stems from an illegal arrest, false imprisonment, and malicious prosecution.
   _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **The Plaintiff is requesting Punitive damages for the amount of $50,000.00 for each defendant, while they were operating under the color of law. The Plaintiff also request compensatory damages in the amount of $1,000,000.00 dollars each. The total amount for the Plaintiff relief is $3,150,000.00**

_____
_____
_____
_____
_____
_____
_____
_____
_____

VI. **Previous lawsuits:**

| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? |

Yes ____ No **✱**

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

| On other claims | C. | Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ____ |

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

| | |
|---|---|
| Signature of Plaintiff | **RICHARD PORRAZZO** |
| Inmate Number | **980-14-00319** |
| Institution Address | **VCBC One Halleck Street** |
| | **Bronx N.Y. 10474** |

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **14th** day of **August**, 20**15**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Richard Porrazzo*



Richard Porrazzo 980 14 00319
2 Hallock st
P× NY 10474

RECEIVED
NY PRO SE OFFICE
2015 AUG 21  P 3:16

United State District
Southern District of N.Y.
Pro Se Department
500 pearl st
N.Y. NY 10007